## (April 2, 1973)

■ ZELMAN L. BERNSTEIN, Appellant, v. JUDITH BERNSTEIN, Respondent. — Appeal by plaintiff from so much of a judgment of the Supreme Court, Queens County, entered September 13, 1972, granting defendant a divorce, as awarded the latter $3,860 as her counsel fees. Judgment modified, on the facts, by reducing the counsel fee award to $2,500 and adding thereto a provision directing that defendant's attorneys shall return to defendant the original $2,000 they received from her. As so modified, judgment affirmed insofar as appealed from, without costs. In our opinion, the award for counsel fees beyond the sum to which it is reduced herein constituted an abuse of discretion. It is our understanding that the counsel fee awarded, as reduced herein, is in addition to the $2,000 already paid to defendant's attorneys and which we are herein directing to be returned to defendant. Munder, Acting P. J., Martuscello, Latham, Gulotta and Brennan, JJ., concur.

■ SANDRA M. GALLOUSIS, Respondent, v. SPIRO GALLOUSIS, Appellant.— In a separation action, defendant appeals from two orders of the Supreme Court, Kings County, the first, entered August 21, 1972, denying his motion for a change of venue from Kings County to Westchester County, and the second, dated October 19, 1972, granting plaintiff's motion for a preliminary injunction restraining defendant during the pendency of this action from further prosecution of a divorce action brought by him in the State of New Jersey subsequent to the institution of this action. Case remanded to Special Term for a hearing and determination on the issue of appellant's domicile and the questions of venue and jurisdiction. In the interim, the appeals will be held in abeyance. In our opinion, the essential facts should be determined after the taking of oral proof, rather than on the basis of pleadings, exhibits and conflicting affidavits. Munder, Acting P. J., Gulotta, Christ and Benjamin, JJ., concur; Martuscello, J., not voting.